IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SHIRLEY PATTERSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | )  Civil Action No. 07-0857-CG-B |
| UNITED PARCEL SERVICE, INC., | ) ) ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the court's orders on motions for summary judgment entered on February 23, 2009, it is **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, United Parcel Service, Inc., against the plaintiff, Shirley Patterson, and the plaintiff's claims against the defendant are hereby **DISMISSED WITH PREJUDICE**.  Costs are to be taxed against the plaintiff.

**DONE and ORDERED** this the 25th day of February, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE